IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

KENNEDY,

    Plaintiff,

v.

O' CONNOR,

    Defendants.



Civil Action No. _____



2-19CV-153-Z

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 23 2019
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## MOTION TO COMPEL SERVICE OF PROCESS

I, Edward Thomas Kennedy, (hereinafter "Kennedy" or "Plaintiff") am one of the people of Pennsylvania, and in this court of record wishes the court of record to grant this Motion to Compel Service of Process to the DefendantS by the U.S. Marshall without delay.

Date: July 17, 2019.

Edward Thomas Kennedy
800 Court St., Apt 223
Reading, PA 19601
Phone: 415-275-1244.
pillarofpeace2012@gmail.com.








Edward Thomas Kennedy
800 Court Street, Apt 223
Reading, PA 19601

Clerk of Court
US District Court Northern District of Texas
Amarillo Division
205 SE 5th Avenue, Room 133
Amarillo, TX 79101-1559