IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF TEXAS

KENNEDY,

    Plaintiff,

v.

O' CONNOR,

    Defendants.

Case No. 2-19CV-153-Z

*U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF TEXAS*
*FILED*
*JUL 2 3 2019*
*CLERK, U.S. DISTRICT COURT*
*Deputy*

### Motion for Authorization to File Electronically

1. I, Edward Thomas Kennedy, Plaintiff, am one of the people of Pennsylvania and in this court of record wishes and motions this court for authorization to file electronically.

2. Plaintiff has independently reviewed all of the tutorials and related topics on the Court's website, and has a PACER account, and has filed electronically successfully in judicial circuits nationwide.

Date: July 17, 2019.

/s/ Edward Thomas Kennedy  (seal)

_____SEAL
Edward Thomas Kennedy, Plaintiff
800 Court St., Apt 223
Reading, PA 19601
Telephone: 415-275-1244.
Email: kennedy2018@alumni.nd.edu








Edward Thomas Kennedy
800 Court Street, Apt 223
Reading, PA 19601

Clerk of Court
US District Court Northern District of Texas
Amarillo Division
205 SE 5th Avenue, Room 133
Amarillo, TX 79101-1559

RECEIVED JUL 23 2019 BY: