IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

KENNEDY,

        Plaintiff,

                                                        Case No. _____

v.

O'CONNOR, et al.,

        Defendants.

**[Proposed] ORDER**

Plaintiff's Motion to for ECF Access to File is

        a.        granted _____.

        b.        not granted _____.

Date: _____

                                                  _____

                                                  By the Court

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Edward Thomas Kennedy,        )
                              )
                 Plaintiff,   )   Civil Action No. _____
                              )
vs.                           )
                              )
Reed Charles O'Connor, et. al., )
                              )
                Defendants )

## [Proposed] ORDER

Plaintiff's First Cause of Action

is granted _____

is not granted _____


Plaintiff's Second Cause of Action

is granted _____

is not granted _____


Date: July _____ 2019.

For the court of record,

_____