U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 1 3 2019

CLERK, U.S. DISTRICT COURT
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| EDWARD THOMAS KENNEDY | § |
| | § |
| | § |
| VS. | § CIVIL ACTION NO. 4:19-CV-593-A |
| | § |
| REED CHARLES O'CONNOR, Et Al. | § |

## ORDER OF DISMISSAL

On August 2, 2019, the court issued an order denying the motion to proceed in forma pauperis filed by plaintiff Edward Thomas Kennedy, and directed that the full filing and administrative fees of $400.00 be paid within 7 days. The August 2 order informed Plaintiff that failure to timely pay the filing and administrative fees could result in the dismissal of the action without further notice under Federal Rule of Civil Procedure 41(b). In the time since, Plaintiff has not paid the fee or filed any motion or document related to the court's order to pay the fees. The court finds that no lesser sanction than dismissal for failure to comply with a court order pursuant to Rule 41(b) of the Federal Rules of Civil Procedure[1] is warranted for such failure to comply. Therefore,

The court **ORDERS** that all Plaintiff's claims be, and are hereby, **DISMISSED**.

SIGNED August **13**, 2019.

_____
JOHN H. McBRYDE
United States District Judge

---

[1] Rule 41(b) contemplates that a dismissal under it will be on motion of a defendant. However, the court has inherent authority to dismiss, *sua sponte*, under Rule 41(b). *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962); *Jones v. Caddo Parish Sch. Bd.*, 704 F.2d 206, 214 (5th Cir. 1983).