U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 13 2019

CLERK, U.S. DISTRICT COURT
By_____
     Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EDWARD THOMAS KENNEDY | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.4:19-CV-593-A |
| | § | |
| REED CHARLES O'CONNOR, Et Al. | § | |

## FINAL JUDGMENT

In accordance with the order issued this same day,

The court ORDERS, ADJUDGES, and DECREES that all claims asserted by Plaintiff in this action be, and are hereby, DISMISSED.

SIGNED August 13, 2019.

JOHN H. MCBRYDE
United States District Judge