# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth Division

EDWARD THOMAS KENNEDY,

    Plaintiff,

v.                                                                Case No. 4:19-cv-00593-A

THE UNITED STATES, et. al.,

    Defendants.

### OBJECTION and Notice of Appeal

NOTICE

1. 28 U.S. Code § 453.
2. 18 U.S. Code § 242.
3. I, Edward Thomas Kennedy, Plaintiff, am one of the people of Pennsylvania, and in this court of record at common law, hereby objects to the following: Order Denying Motion to Proceed in Forma Pauperis, aka waive fees, Order of Dismissal and Final Judgement by Senior Judge John H. McBryde, because said documents signed by John H.McBryde, exceeds the jurisdiction of the court, and because it exceeds the jurisdiction of the Court, injures the Plaintiff in loss of rights, and it is my wish to object. Pursuant to the Judicial Conduct and Disability Act of 1980, Plaintiff will not object if the said senior judge resigns.

4. Plaintiff Appeals.

Date: September 3, 2019

                              Respectfully submitted,

                              Edward Thomas Kennedy, Plaintiff
                              800 Court Street, Apt 223
                              Reading, PA 19601
                              (415) 275-1244

## CERTIFICATE OF SERVICE

I certify that on September 3, 2019 that I filed a copy of the above Objection and Notice of Appeal to Clerk of this Court by US regular mail.

Respectfully submitted,

_____
Edward Thomas Kennedy, Plaintiff

*Plaintiff is self-represented.*

Date: September 3, 2019

Edward Thomas Kennedy
800 Court St., Apt 223
Reading, PA 19601

HARRISBURG PA 171
03 SEP 2019 PM 4 L

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
RECEIVED

2019 SEP -6  PM 12:59

DEPUTY CLERK_____

Karen M. Mitchell, Clerk
Clerk of Court Office
Unit. Stat. District Court, ND TX
501 W 10th St
Ft North Texas

76102-354185

