CTDK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

4:19-cv-593-O

FILED
OCT 1 0 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
Deputy

No. 19-11009

EDWARD THOMAS KENNEDY,

    Plaintiff - Appellant

A True Copy
Certified order issued Oct 09, 2019

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

v.

REED CHARLES O'CONNOR; JOHN GLOVER ROBERTS; JEFFREY L. CURETON; THE ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS; UNITED STATES COURTS,

    Defendants - Appellees

---

Appeal from the United States District Court for the
Northern District of Texas

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of October 9, 2019, for want of prosecution. The appellant failed to timely pay the filing fee.

       LYLE W. CAYCE
       Clerk of the United States Court
       of Appeals for the Fifth Circuit

       By: _____
       Melissa B. Courseault, Deputy Clerk

   ENTERED AT THE DIRECTION OF THE COURT