

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

October 09, 2019

Ms. Karen S. Mitchell  
Northern District of Texas, Fort Worth  
United States District Court  
501 W. 10th Street  
Room 310  
Fort Worth, TX 76102

    No. 19-11009    Edward Kennedy v. Reed O'Connor, et al  
                            USDC No. 4:19-CV-593

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____  
                            Melissa B. Courseault, Deputy Clerk  
                            504-310-7701

cc w/encl:  
    Mr. Edward Thomas Kennedy